**No. 10-360. Kentucky, Petitioner v. Phillip L. Brown.**

562 U.S. 1168, 131 S. Ct. 904, 178 L. Ed. 2d 803, 2011 U.S. LEXIS 152.

January 10, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

Same case below, 313 S.W.3d 577.

**No. 10-550. Florida, Petitioner v. Blaine Ross.**

562 U.S. 1169, 131 S. Ct. 925, 178 L. Ed. 2d 803, 2011 U.S. LEXIS 358.

January 10, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 45 So. 3d 403.

**No. 10-263. Sony Music Entertainment, fka Sony BMG Music Entertainment, et al., Petitioners v. Kevin Starr, et al.**

562 U.S. 1168, 131 S. Ct. 901, 178 L. Ed. 2d 803, 2011 U.S. LEXIS 429.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. The Chief Justice and Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 592 F.3d 314.

**No. 10-309. Monica Castro, Individually and as Next Friend of R. M. G., Petitioner v. United States.**

562 U.S. 1168, 131 S. Ct. 902, 178 L. Ed. 2d 803, 2011 U.S. LEXIS 236.